# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ALFRED A. ARCHBOLD | ) | CASE NO. 1:95CV10670 |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER** |
| A-C PRODUCT LIABILITY TRUST, et al., | ) | |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. 455, the Court recuses himself from the above-captioned matter. The Court directs that this action be returned to the Clerk of Court for reassignment.

IT IS SO ORDERED.

*Christopher A. Boyko*
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

CASE REASSIGNED TO: THE HONORABLE PATRICIA A. GAUGHAN

September 17, 2008